UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| DENNIS A. HEAVRIN, | ) | CHAPTER 13 |
| Debtor, | ) | |
| xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | ) | BANKRUPTCY NO. 09-41262 |
| THE BANK OF CARBONDALE, | ) | |
| Movant, | ) | |
| v. | ) | ADVERSARY NO. 09-4100 |
| DENNIS A. HEAVRIN, | ) | |
| Respondent. | ) | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, The Bank of Carbondale, in the above captioned action, certifies that The Bank of Carbondale is an Illinois state bank and is owned 100% by a holding company. The holding company is The Carbondale Investment Corporation. The Carbondale Investment Corporation has a shareholder, Rend Lake Beverages, Inc., which owns 10% of The Carbondale Investment Corporation.

Dated: November 5, 2009          Respectfully Submitted,

                                 /s/ Scott P. Hendricks
                                 Scott P. Hendricks, 06184949
                                 Cynthia A. Hagan, 06187140
                                 Attorneys for The Bank of Carbondale

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of Plaintiff's CORPORATE OWNERSHIP STATEMENT and this CERTIFICATE OF SERVICE were mailed to all parties who have NOT BEEN ELECTRONICALLY NOTIFIED by enclosing the same in an envelope with postage fully prepaid, and by depositing said envelope in a U.S. Post Office mail box in Carbondale, Illinois on the 5th day of November, 2009.

| | |
|---|---|
| Dennis Heavrin | Jay Howd |
| 35 Oak Linn Lane | The Bankruptcy Clinic |
| Apt. B | 811 West Main |
| Desoto, IL 62924 | Carbondale, IL 62901 |

                                 /s/ Monica Reid

Hendricks & Hagan
206 W. College, Suite 12
Carbondale, IL 62901
phone: (618) 529-2274
fax: (618) 529-1638